Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| JESSE FENSTER, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| GC SERVICES, LP, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**PLAINTIFF'S COMPLAINT**

JESSE FENSTER (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against GC SERVICES, LP (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in the city of Surprise, county of Maricopa, state of Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with its headquarters in Houston, Texas.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant has been placing constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff on his home (623-825-3097) and cell (631-839-8876) phone numbers.

13. Defendant failed to identify itself as a debt collector in subsequent communications (see Exhibit "A").

14. Defendant fails to identify the name of the company calling in subsequent communications (see Exhibit "A").

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692(d)* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiffs.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c. Defendant violated *§1692d(6)* of the FDCPA by communicating with Plaintiff and failing to provide meaningful disclosure of the caller's identity.

   d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

   e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, JESSE FENSTER, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, JESSE FENSTER, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: March 16, 2010        KROHN & MOSS, LTD.


By: /s/ Ryan Lee, Esq.                              _

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, JESSE FENSTER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JESSE FENSTER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: March 8, 2010                         _____
                                            JESSE FENSTER

**EXHIBIT A**

_____ need to speak with you as soon as possible. The number to reach me is 1-877-710-8001.  It is very important. Thank you.

_____ need to speak with you as soon as possible. The number to reach me is 1-877-710-8001.  It is very important. Thank you.

This message is for Stephen Fenster.  This is Nicole Ranch calling from GC Limited Partnership. _____ reference the file 1446049.  This is extremely time sensitive.  Please take a few moments and return the call to my office.  It is very important that you do so.  You can reach me toll free and my number is 1-800-846-6406, extension 5089.  You need to take a few moments out of your busy day and return the call.  Please reference the file 1446049.

Hi, this is a documented message for Jessie Fenster or Stephen Fenster.  This is Nicole Ranch calling from GC Limited Partnership. _____ reference the file 1446049.  This is extremely time sensitive.  Please take a few moments and return the call to my office.  It is very important that you do so. You can reach me toll free and my number is 1-800-846-6406, extension 5089.  It is very important that you take a few moments out of your busy day and return the call.  Please reference the file 1446049.